**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMAT MATERIALS, INC.,

    Plaintiff,

  v.

A&C CATALYSTS, INC.,

    Defendant.
                                 /

No. C 13-00567 WHA

**ORDER ON MOTION TO DISMISS**

     On April 26, defendant moved to dismiss the complaint (Dkt. No. 5). In lieu of opposing, plaintiff has filed an amended complaint (Dkt. No. 15). Accordingly, defendant's motion to dismiss is **DENIED AS MOOT**.

     **IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE