**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., | No. C 13-00567 WHA |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO DISMISS** |
| A&C CATALYSTS, INC., | |
| Defendant. / | |

On April 26, defendant moved to dismiss the complaint (Dkt. No. 5). In lieu of opposing, plaintiff has filed an amended complaint (Dkt. No. 15). Accordingly, defendant's motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE