**LiLaw Inc.**, a law corporation
J. James Li, Ph.D. (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955
Email: lij@lilaw.us

Attorneys for Plaintiff Raymat Materials, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation, | Case No. 3:13-cv-00567-WHA |
| Plaintiff, | **STIPULATION RE: EXTENSION OF MEDIATION DEADLINE** |
| vs. | |
| A&C CATALYSTS, INC., a New Jersey corporation, | PLACE: Courtroom 8 – 19th floor |
| Defendant. | JUDGE: Hon. William Alsup |

1    **WHEREAS,** on May 13, 2013, the Court appointed Mr. David M. Bluhm as the mediator for
2    this case.

3    **WHEREAS,** the deadline to complete mediation was set on August 12th pursuant to ADR
4    L.R 6-4(b).

5    **WHEREAS,** the parties worked diligently with Mr. Bluhm to set the mediation date and
6    selected July 9, 2013 as the tentative mediation date.

7    **WHEREAS**, on the late afternoon of June 17, 2013, the plaintiff's counsel learned that he has
8    to appear for an oral argument in front of the United States Court of Appeals for the Federal Circuit
9    on July 9, 2013 for a different case.   Plaintiff's counsel notified Mr. Bluhm and the opposing counsel
10   immediately of the scheduling conflict and requested to reschedule the mediation.    All parties have
11   made every effort attempting to reschedule the mediation to another date before the August 12
12   deadline, but failed to do so due to scheduling conflicts of counsels and their clients.

13   **WHEREAS,** all parties and the mediator have now agreed to a new mediation date of August
14   21, 2013, and thus request this Court's approval to extend the mediation deadline by two weeks to
15   August 26, 2013.

16   **WHEREAS,** there have been no previous continuation of the mediation deadline.

17   **WHEREAS,** this will not impact any other scheduled hearings or deadlines;

18   **NOW THEREFORE**, for good cause, the parties, through their respective counsel, hereby
19   stipulate an extension of the mediation deadline to August 26, 2013, to allow the parties to conduct
20   the mediation on August 21, 2013.

21   **IT IS SO STIPULATED**.

22

23   Dated: July 3, 2013

24                                   LiLaw Inc., a Law Corporation

25                                   By: _____/s/ J. James Li_____

26                                            J. James Li
27                                        Attorney for Plaintiff
                                         Raymat Materials Inc.
28



1

2   Dated: July 3, 2013

3                                                   Campinha Bacote LLP

4                                                   By:        /s/ Carlton J. Willey
                                                          _____
5                                                              Carlton  J. Willey
                                                              Attorney for Defendant
6                                                              A&C Catalysts, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



STIPULATION RE: EXTENSION OF MEDIATION DEADLINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Carlton J. Willey.

Dated: July 3, 2013

LiLaw Inc., a Law Corporation

By:        */s/ J. James Li*

J. James Li
Attorney for Plaintiff
Raymat Materials Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:        July 25, 2013.

The Honorable William Alsup
United States District Judge



4                    Case No. 13-cv-00567-WHA