**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>    Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>    Third-Party Defendant.<br>_____ / | No. C 13-00567 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF AND THIRD-PARTY DEFENDANT'S DISCOVERY DISPUTE** |

The Court **SETS** a one-and-one-half hour meet-and-confer in the Court's jury room in the federal courthouse in San Francisco from **9:00–10:30 A.M. ON TUESDAY, FEBRUARY 18, 2014**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining outstanding issue(s). Defendant's response is due by noon on Friday, February 14. Please buzz chambers at 9:00 a.m. on February 18 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE