Carlton J. Willey (CA Bar No. 269120)
WILLEY & BENTALEB LLP
JP Morgan Chase Building
560 Mission Street, Suite 1300
San Francisco, CA 94105
Phone: (415) 426-7111
Fax: (415) 276-1737
Carlton@WBLawPartners.com

*Attorney for Defendant and Third-Party Plaintiff*
*A&C Catalysts, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> A&C CATALYSTS, INC., a New Jersey Corporation, <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> PROTAMEEN CHEMICALS, INC., a New Jersey Corporation, <br><br> Third-Party Defendant. | Case No. 3:13-cv-00567-WHA <br><br> [PROPOSED] ORDER AWARDING ATTORNEY'S FEES <br><br> JUDGE: HON. WILLIAM H. ALSUP |

## [PROPOSED] ORDER AWARDING ATTORNEY'S FEES

Counsel for Defendant A&C Catalysts, Inc. has submitted a declaration in support of a request for attorney's fees limited to the wrongful classification of documents as "attorney's eyes only" by Plaintiff Raymat Materials, Inc. Oral argument was heard on February 18.

Defendant A&C Catalysts, Inc. has requested $10,700 in attorney's fees and has submitted documentation to support the request. The Court has reviewed the request for attorney's fees and has determined that the request is reasonable. Plaintiff Raymat Materials, Inc. shall remit $10,700 to Defendant A&C Catalysts, Inc.

**IT IS SO ORDERED.**

DATED: February 24, 2014.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE