IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>　v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>　　　Defendant and Third-Party Plaintiff,<br><br>　v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>　　　Third-Party Defendant. | No. C 13-00567 WHA<br><br>**ORDER VACATING FEBRUARY 25 ORDER AND GRANTING LEAVE TO RESPOND TO DEFENDANT'S DECLARATIONS BY FEBRUARY 28** |

　　　The February 25 order (Dkt. No. 51) is hereby **VACATED**. Plaintiff Raymat Materials, Inc. may respond to defendant A&C Catalysts, Inc.'s declaration and statement of fees, filed on February 21, by **NOON ON MARCH 3** (Dkt. No. 50). To be clear, this is an opportunity to respond to the February 21 filings, not to reargue the rulings made at the hearing on February 18. This order shall not be read as leave to file a motion for reconsideration of the rulings made on February 18.

　　　**IT IS SO ORDERED.**

Dated: February 27, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ William Alsup_
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE