**United States District Court**
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  RAYMAT MATERIALS, INC., a                     No. C 13-00567 WHA
   California corporation,
9
              Plaintiff,
10
11     v.

12  A&C CATALYSTS, INC., a New Jersey            **ORDER DENYING AS MOOT**
    corporation,                                 **MOTION FOR LEAVE TO FILE**
13                                               **A SECOND AMENDED**
              Defendant and Third-Party          **COMPLAINT AND SETTING**
14            Plaintiff,                         **BRIEFING SCHEDULE FOR**
                                                 **AMENDED MOTION FOR**
15     v.                                        **LEAVE TO FILE SECOND**
                                                 **AMENDED COMPLAINT AND**
16  PROTAMEEN CHEMICALS, INC., a                 **REQUEST TO AMEND**
    New Jersey corporation,                      **SCHEDULING ORDER**
17
              Third-Party Defendant.
18  _____/

19       On March 12, plaintiff filed a four-page motion for leave to file a second amended

20  complaint, noticed for May 1.  On March 24, two days before the opposition was due, plaintiff

21  filed an amended motion for leave to file a second amended complaint and *request to amend the*

22  *scheduling order* (Dkt. Nos. 56, 61).  In light of the amended motion, the motion for leave to file

23  a second amended complaint, dated March 12, is **DENIED AS MOOT** (Dkt. No. 56).  The

24  opposition to the amended motion is due **APRIL 7** and the reply is due **APRIL 14**.

25       **IT IS SO ORDERED.**

26  Dated:  March 25, 2014.

27                                               _____
                                                 WILLIAM ALSUP
28                                               UNITED STATES DISTRICT JUDGE