IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>    Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>    Third-Party Defendant.<br>_____ / | No. C 13-00567 WHA<br><br>**ORDER SETTING HEARING RE A&C CATALYSTS' DISCOVERY DISPUTE AND REQUESTING AMENDED CHAMBERS' COPIES** |

   In this action alleging breach of contract and intentional interference with contractual relations, fact discovery closed on March 28, motions to compel were due April 4, and trial is scheduled for June 30, 2014 (Dkt. No. 16). On March 24, plaintiff Raymat Materials, Inc. filed a motion for leave to file a second amended complaint and request to amend the scheduling order, noticed for May 1 (Dkt. No. 61). On April 3, plaintiff Raymat and third-party defendant Protameen Chemicals, Inc. filed two motions for summary judgment, noticed for May 8 (Dkt. Nos. 64, 65). A 249-page declaration was filed with no exhibits tabs. By **APRIL 10**, chambers' copies of the motion and declarations shall please be re-submitted with exhibit tabs.

On April 3, defendant and third-party plaintiff A&C Catalysts, Inc. filed a discovery letter and "motion to compel Emmanuel Balsamides, Sr., Alexis Wade, and third-party defendant Protameen Chemicals, Inc. to appear for completion of deposition," noticed for a hearing on May 1 (less than 35-days after the motion was filed). The motion is based on a series of depositions which occurred around March 3. A&C Catalysts stated that the parties had two "telephone calls" regarding their dispute on March 21 and March 31 (Dkt. No. 67).

The Court **SETS** a three hour meet-and-confer in the Court's jury room in the federal courthouse in San Francisco from **7:30–10:30 A.M. ON TUESDAY APRIL 15, 2014**. At **10:30 A.M.**, the Court shall hold a hearing. The response to A&C Catalysts' discovery letter is due by **NOON ON APRIL 11**. Please buzz chambers at 7:30 a.m. on April 15 to be let into the jury room. Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

By **NOON ON APRIL 11**, A&C Catalysts shall file in full the relevant (text-searchable) deposition transcripts for Emmanuel Balsamides, Sr., Alexis Wade, and Protameen because it is difficult to determine the extent of the alleged refusal to answer and/or counsel interference based on the limited excerpts filed. Chambers' copies may flag the relevant pages using sticky-notes. If an administrative motion for leave to file under seal is required, the parties shall promptly meet and confer to jointly propose *narrowly-tailored* redactions (limited to the pertinent lines) with supporting declarations justifying the lines sought to be sealed. Please be reasonable.

**IT IS SO ORDERED.**

Dated: April 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2