**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>    Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>    Third-Party Defendant.<br>_____ / | No. C 13-00567 WHA<br><br>**ORDER RESETTING DISCOVERY HEARING TO APRIL 22 AND MODIFYING BRIEFING SCHEDULE** |

    On April 4, defendant A&C Catalysts filed a discovery letter (and motion to compel, noticed for May 1). An April 8 order set a three-hour meet-and-confer and hearing for April 15. The parties then filed a stipulation seeking to reset the discovery hearing for April 22 (with responses due April 15) and extend the briefing schedule for plaintiff Raymat Materials, Inc. and third-party defendant Protameen Chemicals, Inc.'s two motions for summary judgment because lead trial counsel will be on his honeymoon the week of April 14. The schedule is hereby modified as follows:

1. The Court **SETS** a three hour meet-and-confer in the Court's jury room in the federal courthouse in San Francisco from **7:30–10:30 A.M. ON TUESDAY APRIL 22, 2014**. At **10:30 A.M.**, the Court shall hold a hearing. The response to A&C Catalysts' discovery letter is due by **NOON ON APRIL 15**. Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

2. The response to Raymat and Protameen's motions for summary judgment are due by **NOON ON APRIL 22**. The reply is due by **NOON ON APRIL 29**. Oral argument remains on calendar for **MAY 8**.

**IT IS SO ORDERED.**

Dated: April 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE