**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>  Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>  Third-Party Defendant. | No. C 13-00567 WHA<br><br>**ORDER RE RAYMAT'S MOTION FOR AN ORDER FINDING A&C CATALYSTS AND COUNSEL IN CIVIL CONTEMPT** |

On April 11, plaintiff Raymat Materials, Inc. filed a motion for an order finding defendant A&C Catalysts, Inc. and counsel in civil contempt, noticed for May 22 (Dkt. No. 75). Raymat argued that there "is a high likelihood that the AEO information has been shared with [A&C Catalysts]." On April 25, A&C Catalysts, Inc. filed a response and requested fees for opposing the motion (Dkt. No. 94).

On April 30, Raymat withdrew its motion and stated "all three lawyers of [A&C Catalysts] filed declarations to state that they had not disseminated the AEO information with their clients" (Dkt. No. 101).

On May 2, counsel for A&C Catalysts filed a declaration in support of their request for $2,350 in attorney's fees. The same day, Raymat filed a letter response, but did not address the fees requested. Instead, Raymat argued that this issue needs full motion practice. This order disagrees. Full motion practice will only drive up fees for both sides.

By **NOON ON MAY 6**, Raymat shall file a response to A&C Catalysts' request for attorney's fees. This is Raymat's opportunity to brief the issue. Both sides should be prepared to address this issue at the hearing on May 8.

**IT IS SO ORDERED.**

Dated: May 2, 2014.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE