IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMAT MATERIALS, INC.,                    No. C 13-00567 WHA(DMR)

          Plaintiff,                       ORDER

     v.

A&C CATALYSTS, INC.,

          Defendant.
_____/

     It has come to the court's attention that counsel for
Plaintiff Raymat also intends to represent the interests of Third
Party Defendant Protameen at the May 29, 2014 settlement
conference.  This is not appropriate, and would violate the
court's order that requires the appearance of lead trial counsel
for each party.  [Docket 116 at page 5].  Lead trial counsel for
Protameen must attend the settlement conference.


Dated: 5/27/2014                    _____
                                    DONNA M. RYU
                                    United States Magistrate Judge