UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., | No. C-13-00567 WHA (DMR) |
| Plaintiff(s), | **ORDER RE SEALED TRANSCRIPT** |
| v. | |
| A&C CATALYSTS, INC., | |
| Defendant(s). | |

On May 29, 2014, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings, but only of the portion of the proceeding that pertains to that party's settlement agreement, upon their request and without further order.

IT IS SO ORDERED.

Dated: May 30, 2014

DONNA M. RYU
United States Magistrate Judge