IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMAT MATERIALS, INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>A&C CATALYSTS, INC., a New Jersey corporation,<br><br>      Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>PROTAMEEN CHEMICALS, INC., a New Jersey corporation,<br><br>      Third-Party Defendant.<br>                                / | No. C 13-00567 WHA<br><br>**NOTICE REGARDING UPCOMING TRIAL** |

        On May 29, the parties appeared for a settlement conference before Magistrate Judge Donna Ryu. The minutes stated that the matter fully settled (Dkt. No. 121). The final pretrial conference is scheduled for June 18 and trial begins June 30. The May 2013 order stated that all filings must be made unless and until a dismissal fully resolving the case is received (Dkt. No. 16). Currently, there is no excuse to suspend trial preparation. *See* Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before The Honorable William Alsup. Until a proper FRCP 41 dismissal has been filed, the undersigned judge fully expects to proceed with the final pretrial conference and trial.

        **IT IS SO ORDERED.**

Dated: June 9, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE